[No. 45968-6-I. Division One. April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. HOWARD HALL BERGMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-03796-7, Michael S. Spearman, J., entered January 19, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Cox, JJ.

[No. 45982-1-I. Division One. April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KARL ALAN SCHULTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01500-7, Ellen J. Fair, J., entered December 30, 1999. *Affirmed* by unpublished per curiam opinion. Now published at 106 Wn. App. 328.

[No. 46004-8-I. Division One. April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT GREGORY TAITT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-08621-3, Janice Niemi, J., entered January 21, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46006-4-I. Division One. April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LUCIANO RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05240-1, J. Kathleen Learned, J., entered January 7, 2000. *Affirmed* by unpublished per curiam opinion.